ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES, et al. <br><br> Plaintiff, <br><br> vs. <br><br> L.A. SMITH & SONS INC., a California corporation <br> Defendant. | NO.  C 08 1594 JL <br><br> EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

        Plaintiff, BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES

WELFARE FUND, AUTOMOTIVE INDUSTRIES PENSION FUND; JIM BENO, TRUSTEE,

hereby applies ex parte for an order to continue the Case Management

Conference from July 2, 2008 to October 1, 2008.

     This ex parte application is based upon the Declaration of

Attorney Michael J. Carroll filed herewith.

        Dated:  June 24, 2008

                              Respectfully submitted,

                              ERSKINE & TULLEY


                              By:/s/ Michael J. Carroll
                                 Michael J. Carroll
                                 Attorneys for Plaintiff