```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiffs
 5
 6
 7
 8                 UNITED STATES DISTRICT COURT
 9                 NORTHERN DISTRICT OF CALIFORNIA
10
11  BOARD OF TRUSTEES OF THE AUTOMOTIVE )   NO.  C 08 1594 JL
    INDUSTRIES, et al.                  )
12                     Plaintiffs,      )   ORDER TO CONTINUE CASE
                                        )   MANAGEMENT CONFERENCE
13          vs.                         )
                                        )
14  L.A. SMITH & SONS INC., a California)
    corporation                         )
15                                      )
                       Defendant.       )
16  _____)

17          IT IS ORDERED that the Case Management Conference in this
18  case set for July 2, 2008 be continued to October 1, 2008 at 10:30
19  a.m. in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San
20  Francisco, CA.
21  Dated:_____      _____
                                  Honorable Judge James Larson
22
```

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE