```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES, et al.<br>           Plaintiffs,<br>     vs.<br>L.A. SMITH & SONS INC., a California corporation<br>           Defendant. | NO.  C 08 1594 JL<br><br>ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

IT IS ORDERED that the Case Management Conference in this case set for July 2, 2008 be continued to October 1, 2008 at 10:30 a.m. in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: June 25, 2008                              _____
                                                    Honorable Judge James Larson

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE