ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff

**IT IS SO ORDERED**

*Jawu Larson*

Judge James Larson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES, et al. | ) ) ) | NO.  C 08 1594 JL |
| Plaintiff, | ) ) | PLAINTIFF'S CASE MANAGEMENT STATEMENT |
| vs. | ) ) | AND REQUEST FOR CONTINUANCE |
| L.A. SMITH & SONS INC., a California corporation | ) ) ) | |
| Defendant. | ) ) ) | Date: June 24, 2009 Time:  10:30 a.m. |

Plaintiff reports the status of this case as follows:

Since the last statement defendant has retained counsel for the purpose of settlement discussions with the union.  The union confirms that contract discussions have taken place.  The union has one more meeting scheduled for next week.  The Trustees would consider a settlement proposal at their meeting June 30,2009.

Plaintiffs respectfully request that the court calendar a case management conference some 30 days hence to see if the matter can be disposed of during that time frame.

DATED: June 17, 2009

The Case Management Conference shall be continued to July 29, 2009 at 10:30 a.m.

Respectfully submitted,

ERSKINE & TULLEY
A PROFESSIONAL CORPORATION

By:/s/Michael J. Carroll
Michael J. Carroll
Attorneys for Plaintiff

PLAINTIFF'S CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE
1