```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiff
 5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES, et al.<br><br>　　　　　　　　Plaintiff,<br>vs.<br>L.A. SMITH & SONS INC., a California corporation<br><br>　　　　　　　　Defendant. | NO.  C 08 1594 JL<br><br>PLAINTIFF'S CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE<br><br>Date: July 29, 2009<br>Time:  10:30 a.m. |

　　　　Plaintiff reports the status of this case as follows:

　　　　The Trustees accepted a settlement proposal at their meeting June 30, 2009. A settlement agreement has been drafted but not signed. There is one pending issue involving credits, which should resolve itself within 30 days.

　　　　Plaintiffs respectfully request that the court calendar a case management conference some 30 days hence to see if the matter can be disposed of during that time frame.

DATED: July 23, 2009

**Case Management Conference continued to September 23, 2009 @ 10:30 a.m.**

Respectfully submitted,

ERSKINE & TULLEY
A PROFESSIONAL CORPORATION

By: _/s/ Michael J. Carroll_____
　　Michael J. Carroll
　　Attorneys for Plaintiff

*IT IS SO ORDERED*
/s/ James Larson
Judge James Larson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, CA 94104. On July 23, 2009 I served the within PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT AND REQUEST FOR CONTINUANCE on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, CA, addressed as follows:

George V. Hartmann, Esq.
THE HARTMANN LAW FIRM
3425 Brookside Road, Suite A
Stockton, CA 95219

Kirk Smith
L.A. Smith & Sons Inc.
903 Williams Street
San Leandro, Ca 94577

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on July 23, 2009 at San Francisco, CA.

_____
Sharon Eastman