ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES, et al.,<br>Plaintiffs,<br>vs.<br>L.A. SMITH & SONS, a California corporation,<br>Defendant. | NO. C 08 1594 JL<br>~~(PROPOSED)~~ ORDER FOR CONDITIONAL DISMISSAL |

Plaintiffs' counsel having advised the Court that the parties have agreed to a settlement of this action.

IT IS HEREBY ORDERED that this action is dismissed with prejudice; provided, however, that if any party hereto shall certify to this Court, with a proof of service of a copy on opposing counsel, within nine (9) months from the date hereof, that the agreed consideration for the settlement has not been delivered over, this Order shall stand vacated, and the action shall be restored to the calendar to be set for trial.

Dated: September 8, 2009

UNITED STATES DISTRICT COURT

[signature]
Honorable James Larson